UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| JESUS RODRIGUEZ,<br>          Plaintiff,<br>vs.<br>CARL WARREN & COMPANY, et al.,<br>          Defendants. | 2:09-CV-01360-PMP-PAL<br><br>**ORDER** |

      Before the Court for consideration is Plaintiff Jesus Rodriguez' Complaint (Doc. #1), filed on July 28, 2009. On February 18, 2010, the Honorable Peggy A. Leen United States Magistrate Judge, entered a Report of Findings and Recommendation (Doc. #26) recommending that Plaintiff Rodriguez' Complaint (Doc. #1) should be dismissed.

      On November 3, 2009, the Court entered an Order (Doc. #19) requesting Plaintiff to either retain new counsel or file a statement he would proceed pro se before November 30, 2009. Plaintiff failed to comply.

      On December 14, 2009, the Court entered an Order to Show Cause (Doc. #23) requesting Plaintiff to show cause in writing by December 28, 2009, why sanctions should not be imposed for his failure to comply with the Court's Order (Doc. #19). Plaintiff failed to comply.

///

The Court has conducted a <u>de</u> <u>novo</u> review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 1-4 and determines that Magistrate Judge Leen's Report of Findings and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Magistrate Judge Leen's Report of Findings and Recommendation (Doc. #26) are Affirmed and Plaintiff Jesus Rodriguez' Complaint (Doc. #1) is **DISMISSED** with prejudice.

DATED: March 10, 2010.

_____
PHILIP M. PRO
United States District Judge